UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH
OF
The entire premises located at
234 South Magnolia Avenue,
Lansing, Michigan 48912,
further described in Attachment A

_____/

No. 1:20-MJ-481

**MOTION & ORDER TO SEAL**

Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Davin M. Reust, Assistant United States Attorney, and moves this court to seal the search warrant, application and affidavit for search warrant, and search warrant return in the above matter for the reason that disclosure of those documents at this time would compromise an ongoing criminal investigation that relates to child exploitation that is neither public nor known to all of the targets of the investigation.  The United States seeks to avoid jeopardizing the investigation and avoid giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.  It is requested that such sealing remain in force and operation until further order of this court.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated:   November 19, 2020

_____
DAVIN M. REUST
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: November 19, 2020 /s/ Sally J. Berens
Sally J. Berens
United States Magistrate Judge
United States District Court