AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☒ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>The entire premises located at 234 South Magnolia<br>Avenue, Lansing, Michigan 48912, further described in<br>Attachment A. | )<br>)<br>)<br>)  Case No.  1:20-MJ-481<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Western_____ District of _____Michigan_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____December 3, 2020_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Sally J. Berens                                    .
                                                                             *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/19/2020 1:02 pm                           _____
                                                                                            *Judge's signature*

City and state:   Grand Rapids, Michigan                           Sally J. Berens, U.S. Magistrate Judge
                                                                                      *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:20-MJ-481 | Date and time warrant executed:<br>11/23/2020    8:00am | Copy of warrant and inventory left with:<br>Residence  at  234 S. Magnolia Ave |
| Inventory made in the presence of : SA Whitney Mitchell FBI | | |

Inventory of the property taken and name(s) of any person(s) seized:

— See attached Evidence Collected List

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  11/23/2020

_Executing officer's signature_

Scott Robinson     FBI Special Agent
_Printed name and title_

**Search Warrant Case Number 1:20-MJ-481**
**Evidence Collected List**

1.   Seagate 500 gb Hard Drive
2.   Cell Phone, Samsung, Google
3.   Motorola Cell Phone with Pink Case
4.   Western Digital 40 GB Hard Drive
5.   Archos 80 GB Tablet
6.   iPad (Rose Gold) Serial #: DMPW10AUJ2D4 (in case)
7.   LG Virgin Mobile Cellphone
8.   Samsung 1 TB hard drive
9.   Nokia cell phone, T-Mobile, Black in color
10.  Seagate 1 TB Hard Drive
11.  Thumbdrive, black in color
12.  100-240 Vac Seasonic/ Asus Blk CPU/Tower
13.  4 DVDs/CDs
14.  2 notepads w/green paper contains possible passwords
15.  15 DVDs in box
16.  G7 Thin Q LG cell phone w/ black case and white box MEID 089401370501214257
17.  iPad, Silver in color, Model: A1489 Serial: FYKN38KBFCM8 w/ purple case
18.  5 CD-R: "sanctus Real" "This day and age"
19.  500 GB Western Digital Hard Drive SN: WCAWF0461330
20.  Apple Macbook, Silver in color, Model A1502, Serial C17PGOBWFVH5 w/brown box and power cord
21.  2 hard drives- Seagate 200 GB HD and Maxtor 80 GB HD
22.  2 Hard Drives found in blue bag, Seagate 1TB, Western Digital 320 GB
23.  NexStar TX Vantec 2.5" Sata Hard Drive Enclosure
24.  34 CDs and DVDs found in green CD case holder
25.  1 CD-R
26.  Nextbook SN: YFGV0117025891
27.  Desktop Homemade, no serial #s
28.  Samsung Cell Phone w/black case
29.  Intel SSD 330 240 GB SN: CVMP245303W9240DGN
30.  Sandisk Ultra USB 16 GB
31.  WD Hard Drive 1TB SN: WCC3F1NCYF9D
32.  GFM 2 GB thumb drive
33.  Sandisk Thumb Drive 128 GB
34.  Sandisk Ultra 16 GB thumb drive
35.  WD External Hard Drive SN:WXJ1A29RDT3P
36.  4 Intel Hard drives, 1 Deneva Hard drive, 1 thumb drive
37.  1 DVD-R
38.  Samsung Galaxy Note 9 IMEI 359988090022008
39.  2 Computers Antec and 1 Hard drive "Rosewill"
40.  2 computers "Antec"
41.  Network Attached storage device