UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH
OF
The entire premises located at
234 South Magnolia Avenue,
Lansing, Michigan 48912,
further described in Attachment A
_____/

No. 1:20-MJ-481

## MOTION & ORDER TO UNSEAL

Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Davin M. Reust, Assistant United States Attorney, and moves this court to unseal the search warrant, application and affidavit for search warrant, and search warrant return in the above matter for the reason that the search warrant has now been executed, the target of the search has retained counsel, and the United States wishes to provide copies of the warrant to retained defense counsel and an Ingham County prosecutor.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated:   April 8, 2021

_____
DAVIN M. REUST
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated:  April 8, 2021

/s/ Sally J. Berens
Sally J. Berens
United States Magistrate Judge
United States District Court